UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TED L. CRESS,

    Plaintiff,

 v.

SNOHOMISH COUNTY SUPERIOR COURT, et al.,

    Defendants.

Case No. C17-420 RSL-BAT

**ORDER OF DISMISSAL**

  The Court, having reviewed Plaintiff's amended complaint, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and **ORDER**:

  (1) The Court adopts the Report and Recommendation.

  (2) This case is **dismissed without prejudice prior to service for failure to state a claim**.

  (3) The Clerk is directed to send copies of this Order to Plaintiff and to Judge Tsuchida.

Dated this 16th day of June, 2017.

          */s/ Robert S. Lasnik*
          ROBERT S. LASNIK
          United States District Judge

ORDER OF DISMISSAL - 1