# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TED L. CRESS,

    Plaintiff,

v.

SNOHOMISH COUNTY SUPERIOR COURT, et al.,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No.   C17-420 RSL-BAT

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

The Report and Recommendation is adopted and approved. This matter is **DISMISSED WITHOUT PREJUDICE prior to service for failure to state a claim.**

Dated this 20th day of June, 2017.

 

WILLIAM M. MCCOOL
Clerk

Sharita Tolliver
Deputy Clerk